**Affirmed and Memorandum Opinion filed December 28, 2012.**



In The

# Fourteenth Court of Appeals

---

NO. 14-12-00135-CR
NO. 14-12-00136-CR
NO. 14-12-00137-CR

---

### DON GRIJALVA-LEWIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1146588, 1223212, and 1224946**

---

## MEMORANDUM OPINION

Appellant entered a plea of guilty to the offense of burglary of a habitation (appeal no. 14-12-00135-CR; trial court cause no. 1146588). The trial court deferred adjudicating guilt and placed appellant under community supervision for six years. Subsequently, the State moved to adjudicate guilt. Appellant entered a plea of true to allegations in the motion. At the same hearing, appellant entered a plea of guilty, without an agreed recommendation as to punishment, in two counts of aggravated robbery

(appeal no. 14-12-00136-CR; trial court cause no. 1223212; and appeal no. 14-12-00137-CR; trial court cause no. 1224946). The trial court found appellant guilty of all three offenses. The trial court sentenced appellant to confinement for six years (burglary of a habitation), thirty (30) years (aggravated robbery), and thirty years (aggravated robbery) in the Institutional Division of the Texas Department of Criminal Justice. All sentences were ordered to run concurrently. Appellant filed a notice of appeal in all three cases.

Appellant's appointed counsel filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On August 6, 2012, appellant filed a pro se response.

We have carefully reviewed the record in all three cases, counsel's brief, and appellant's response, and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed in each case.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).